UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

BENNIE GRAY

Case No. 3:24cr213(VDO)

March 16, 2026

### NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United

Stats Court of Appeals for the Second Circuit from the Order on the Defendant's Motion to

Suppress, entered February 15, 2026, ECF No. 164.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/ *Nathan J. Guevremont*
NATHAN J. GUEVREMONT
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv207725
157 Church Street, Floor 25
New Haven, CT 06510
203-821-3700

CERTIFICATE OF SERVICE

      This is to certify that on March 16, 2026, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy of this filing will be sent via regular mail to the pro se defendant.

                         */s/ Nathan J. Guevremont*

                         NATHAN J. GUEVREMONT
                         ASSISTANT U.S. ATTORNEY

APPEAL,EFILE,MOTREF,PROSE,RAR,REFDIS

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:24−cr−00213−VDO All Defendants
### *Internal Use Only*

---

Case title: USA v. Gray                    Date Filed: 11/19/2024

---

Assigned to: Judge Vernon D. Oliver
Referred to: Judge Robert A. Richardson

**Defendant (1)**

| | | |
|---|---|---|
| **Bennie Gray** | represented by | **Bennie Gray** |

**Bennie Gray**      represented by      **Bennie Gray**
48915−511
DONALD W. WYATT DETENTION FACILITY
950 High St.
Central Falls, RI 02863
PRO SE

**John J. Stickney**
Federal Public Defender's Office
10 Columbus Blvd.
Ste Fl. 6
Hartford, CT 06106
860−493−6260
Email: john_j_stickney@fd.org
*TERMINATED: 04/03/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Josh B Ewing**
Federal Defender of Connecticut
10 Columbus Blvd.
Floor 6
Hartford, CT 06106
860−493−6260
Email: josh_ewing@fd.org
*TERMINATED: 04/03/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Michael William Brown**
Brown & Patterson LLP
1233 Silas Deane Highway
2nd Floor
Wethersfield, CT 06109
860−628−1900
Fax: 860−270−0543
Email: mike@brownpatterson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                    **Disposition**

CONTROLLED SUBSTANCE −
SELL, DISTRIBUTE, OR

DISPENSE (Possession with
Intent to Distribute Cocaine and
Fentanyl)
(1)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA                                    represented by  **Natasha Freismuth**
U.S. Attorney's Office–NH
157 Church St., 25th Floor
New Haven, CT 06510
203–821–3700
Fax: 203–773–5389
Email: Natasha.freismuth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Vanessa Roberts Avery**
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
860–275–6700
Email: vavery@mccarter.com
*TERMINATED: 03/27/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nathan Guevremont**
U.S. Attorney's Office
157 Church Street
25th Floor
New Haven, CT 06510
203–821–3783
Email: nathan.guevremont@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2024 | 1 | INDICTMENT returned before Judge Robert M. Spector with the signature of the foreperson redacted. Grand jury number N–24–1 Detainer to issue as to Bennie Gray (1) count(s) 1. (Langello, N) (Entered: 11/20/2024) |

| 11/19/2024 | 2 | Unredacted document with FOREPERSON'S SIGNATURE regarding Indictment 1 as to defendant(s)Bennie Gray. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Langello, N) (Entered: 11/20/2024) |
|---|---|---|
| 11/20/2024 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL as to Bennie Gray – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Jeffrey A. Meyer on 11/20/2024. (Langello, N) (Entered: 11/20/2024) |
| 11/20/2024 | 5 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Arraignment set for 12/5/2024 at 11:30 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson and Initial Appearance set for 12/5/2024 at 11:30 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson (Blue, A.) (Entered: 11/20/2024) |
| 11/21/2024 | 6 | ATTORNEY APPEARANCE: Josh B Ewing appearing for Bennie Gray (Ewing, Josh) (Entered: 11/21/2024) |
| 11/21/2024 | 7 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Bennie Gray. (Attachments: # 1 Text of Proposed Order)(Freismuth, Natasha) (Entered: 11/21/2024) |
| 11/21/2024 | 8 | AMENDED NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 12/5/2024* Arraignment set for 12/3/2024 at 3:00 PM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson and Initial Appearance set for 12/3/2024 at 3:00 PM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson (Blue, A.) (Entered: 11/21/2024) |
| 11/25/2024 | 9 | MOTION for Pretrial Detention by USA as to Bennie Gray. (Freismuth, Natasha) (Entered: 11/25/2024) |
| 11/26/2024 | 10 | ORDER granting 7 Motion for Writ of Habeas Corpus ad prosequendum as to Bennie Gray (1), Signed by Judge Robert A. Richardson on 11/26/24. (Blue, A.) (Entered: 11/26/2024) |
| 11/26/2024 | 11 | WRIT of Habeas Corpus ad Prosequendum issued as to Bennie Gray Signed by Magistrate Judge Robert A. Richardson. (Blue, A.) (Entered: 11/26/2024) |
| 12/03/2024 | 12 | SEALED CJA 23 Financial Affidavit by Bennie Gray (Ewing, Josh) (Entered: 12/03/2024) |
| 12/03/2024 | | Arrest of Bennie Gray (Blue, A.) (Entered: 12/03/2024) |
| 12/03/2024 | 13 | Minute Entry for proceedings held before Judge Robert A. Richardson: granting 9 Motion for Pretrial Detention as to Bennie Gray (1); Initial Appearance as to Bennie Gray held on 12/3/2024; Arraignment held on 12/3/2024 as to Bennie Gray (1) Count 1 Not Guilty plea entered for count(s) 1; Bond Hearing as to Bennie Gray held on 12/3/2024; Detention Hearing as to Bennie Gray held on 12/3/2024; Motion Hearing as to Bennie Gray held on 12/3/2024 re 9 MOTION for Pretrial Detention filed by USA ; ( Jury Selection set for 2/6/2025 at 8:30AM before Judge Jeffrey A. Meyer); 12 minutes (Court Reporter CourtSmart.) (Blue, A.) (Entered: 12/03/2024) |
| 12/03/2024 | 14 | ORDER as to Bennie Gray pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116–182, 134 Stat. 894 (Oct. 21, 2020). Signed by Judge Robert A. Richardson on 12/3/24. (Blue, A.) (Entered: 12/03/2024) |
| 12/03/2024 | 15 | USM Return of Service on Arrest Warrant executed as to Bennie Gray on 12/3/24 (Blue, A.) (Entered: 12/04/2024) |
| 12/03/2024 | 16 | ORDER OF DETENTION as to Bennie Gray, Signed by Judge Robert A. Richardson on 12/3/24. (Blue, A.) (Entered: 12/04/2024) |
| 12/05/2024 | 17 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 2/6/2025 at 08:30 AM in Courtroom Three, 141 Church St., New Haven, CT |

| | | |
|---|---|---|
| | | before Judge Jeffrey A. Meyer. (Lewis, D) (Entered: 12/05/2024) |
| 12/05/2024 | 18 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Status Conference set for 12/13/2024 at 03:15 PM in Remote Setting before Judge Jeffrey A. Meyer. Parties are instructed to call 203–684–6202, phone conference ID: 388 174 728#. (Lewis, D) (Entered: 12/05/2024) |
| 12/23/2024 | 19 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 12/13/2024* Telephonic Status Conference set for 1/3/2025 at 03:30 PM in Remote Setting before Judge Jeffrey A. Meyer. Parties are instructed to call 203–684–6202, Phone conference ID: 327 019 947# to participate. (Lewis, D) (Entered: 12/23/2024) |
| 01/03/2025 | | Terminate Deadlines and Hearings as to Bennie Gray: Phone Conference set for 1/3/2025 canceled. (Lewis, D) (Entered: 01/03/2025) |
| 01/03/2025 | 20 | ORDER. The Court CANCELS today's telephone scheduling status conference in lieu of the parties' joint filing of a scheduling status report on or before **January 24, 2025** to report on the status of discovery and to propose a realistic pre–trial and trial scheduling calendar. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 01/03/2025. (Urban, N.) (Entered: 01/03/2025) |
| 01/06/2025 | | Set/Reset Deadlines/Hearings as to Bennie Gray: Status Report due by 1/24/2025 (Lewis, D) (Entered: 01/06/2025) |
| 01/08/2025 | 21 | ATTORNEY APPEARANCE: John J. Stickney appearing for Bennie Gray (Stickney, John) (Entered: 01/08/2025) |
| 01/08/2025 | 23 | Defendant's MOTION to remove assigned counsel and to represent himself by Bennie Gray. (Gaskins, A) (Entered: 01/15/2025) |
| 01/14/2025 | 22 | ORDER OF TRANSFER in case as to Bennie Gray Case reassigned to Judge Vernon D. Oliver for all further proceedings<br>Signed by Clerk on 1/14/2025. (Hushin, Z.) (Entered: 01/14/2025) |
| 01/14/2025 | 24 | Defendant's MOTION to remove assigned counsel and to represent himself by Bennie Gray. (Gaskins, A) (Entered: 01/15/2025) |
| 01/14/2025 | 25 | Defendant's MOTION to remove assigned counsel and to represent himself by Bennie Gray. (Gaskins, A) (Entered: 01/15/2025) |
| 01/17/2025 | 26 | ORDER REFERRING CASE to Judge Robert A. Richardson for a ruling on 23 MOTION to Withdraw as Attorney filed by Bennie Gray, 24 MOTION to Withdraw as Attorney filed by Bennie Gray and 25 MOTION to Withdraw as Attorney filed by Bennie Gray.<br>Signed by Judge Vernon D. Oliver on 1/17/2025. (Samson, J) (Entered: 01/17/2025) |
| 01/24/2025 | 27 | NOTICE *of Joint Status Report and Motion to Continue* by Bennie Gray re 20 Order, (Stickney, John) (Entered: 01/24/2025) |
| 01/28/2025 | 28 | NOTICE OF E–FILED CALENDAR re: 23 MOTION to Withdraw as Attorney, 24 MOTION to Withdraw as Attorney, 25 MOTION to Withdraw as Attorney as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for 2/3/2025 at 11:00 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson (Blue, A.) (Entered: 01/28/2025) |
| 01/29/2025 | 29 | Consent MOTION to Continue *Jury Selection* by Bennie Gray. (Attachments: # 1 Waiver of Speedy Trial)(Stickney, John) (Entered: 01/29/2025) |
| 01/30/2025 | 30 | ORDER. Defendant's consent motion 29 to continue jury selection is granted. Jury selection will proceed on **April 15, 2025 at 8:30 AM**; the Court will hold a pretrial conference on **April 1, 2025 at 3:00 PM.**Separate scheduling orders will issue in due course. |

| | | |
|---|---|---|
| | | Additionally, counsel for Defendant should discuss with Defendant the Court's practice of affording consideration to Defendants who provide notice to the Government of their intention to enter a guilty plea at least 30 days before the jury selection date, to include up to a three (3) offense level decrease pursuant to the Sentencing Guidelines Manual for the acceptance of responsibility.<br><br>The Court further reminds the parties to comply with this Court's pretrial and trial preferences. *See* https://www.ctd.uscourts.gov/content/vernon–d–oliver.<br><br>Signed by Judge Vernon D. Oliver on 01/30/2025. (Urban, N.) (Entered: 01/30/2025) |
| 01/30/2025 | 33 | MOTION to Withdraw as Attorney by Bennie Gray. (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 01/31/2025) |
| 01/31/2025 | 31 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference set for **4/3/2025 at 03:00 PM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver (Samson, J) (Entered: 01/31/2025) |
| 01/31/2025 | 32 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for **4/15/2025 at 08:30 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver (Samson, J) (Entered: 01/31/2025) |
| 01/31/2025 | 34 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference set for **4/1/2025 at 03:00 PM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. **Please note date change** (Samson, J) (Entered: 01/31/2025) |
| 02/03/2025 | 35 | ORDER REFERRING CASE to Judge Robert A. Richardson for a ruling on 33 MOTION to Withdraw as Attorney filed by Bennie Gray.<br>Signed by Judge Vernon D. Oliver on 2/3/2025. (Samson, J) (Entered: 02/03/2025) |
| 02/03/2025 | 36 | ORAL MOTION to Withdraw Documents 25 MOTION to Withdraw as Attorney, 23 MOTION to Withdraw as Attorney, 24 MOTION to Withdraw as Attorney, 33 MOTION to Withdraw as Attorney by Bennie Gray. (Blue, A.) (Entered: 02/03/2025) |
| 02/03/2025 | 37 | Minute Entry for proceedings held before Judge Robert A. Richardson: withdrawing 33 Motion to Withdraw as Attorney as to Bennie Gray (1); granting 36 Oral Motion to Withdraw Documents as to Bennie Gray (1); withdrawing 23 Motion to Withdraw as Attorney as to Bennie Gray (1); withdrawing 24 Motion to Withdraw as Attorney as to Bennie Gray (1); withdrawing 25 Motion to Withdraw as Attorney as to Bennie Gray (1); Motion Hearing as to Bennie Gray held on 2/3/2025 re 36 Oral MOTION to Withdraw Documents 25 MOTION to Withdraw as Attorney, 23 MOTION to Withdraw as Attorney, 24 MOTION to Withdraw as Attorney, 33 MOTION to Withdraw as Attorney filed by Bennie Gray; 7 minutes (Court Reporter CourtSmart.) (Blue, A.) (Entered: 02/03/2025) |
| 02/10/2025 | 38 | MOTION for Reconsideration re 16 Order of Detention by Bennie Gray. (Stickney, John) (Entered: 02/10/2025) |
| 02/11/2025 | 39 | ORDER REFERRING CASE to Judge Robert A. Richardson for a ruling on 38 MOTION for Reconsideration re 16 Order of Detention filed by Bennie Gray.<br>Signed by Judge Vernon D. Oliver on 2/11/2025. (Samson, J) (Entered: 02/11/2025) |
| 02/12/2025 | 40 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Detention Hearing set for 2/26/2025 at 12:00 PM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson (Blue, A.) (Entered: 02/12/2025) |
| 02/26/2025 | 41 | Minute Entry for proceedings held before Judge Robert A. Richardson: denying 38 Motion for Reconsideration as to Bennie Gray (1); Detention Hearing as to Bennie |

| | | |
|---|---|---|
| | | Gray held on 2/26/2025; Motion Hearing as to Bennie Gray held on 2/26/2025 re 38 MOTION for Reconsideration re 16 Order of Detention filed by Bennie Gray; 31 minutes (Court Reporter CourtSmart.) (Blue, A.) (Entered: 02/26/2025) |
| 02/26/2025 | 42 | ORDER OF DETENTION as to Bennie Gray, Signed by Judge Robert A. Richardson on 2/26/25. (Blue, A.) (Entered: 02/26/2025) |
| 03/05/2025 | 43 | Second MOTION for Reconsideration re 42 Order of Detention by Bennie Gray. (Stickney, John) (Entered: 03/05/2025) |
| 03/06/2025 | 44 | MOTION as to Bennie Gray REFERRED to Magistrate Judge: 43 Second MOTION for Reconsideration re 42 Order of Detention (Samson, J) (Entered: 03/06/2025) |
| 03/14/2025 | 45 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Bond Hearing set for 3/21/2025 at 02:00 PM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson.(Bozek, Michael) (Entered: 03/14/2025) |
| 03/14/2025 | 46 | MOTION to Suppress *Evidence* by Bennie Gray. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C (manually–filed video), # 5 Exhibit D, # 6 Exhibit E (manually–filed video), # 7 Exhibit F (manually–filed video), # 8 Exhibit G (manually–filed video))(Stickney, John) (Entered: 03/14/2025) |
| 03/18/2025 | 47 | ORDER CONTINUING SCHEDULED TRIAL AND EXCLUDING TIME PURSUANT TO SPEEDY TRIAL ACT. Defendant Gray has filed a motion seeking to suppress evidence in this action. ECF No. 46. The Government shall file any responsive brief **on or before April 4, 2025**; Gray shall file any reply brief **on or before April 18, 2025**. <br><br> Because of the time period required to brief and rule on this motion, the trial scheduled for April 15, 2025, *see* ECF No. 30, cannot go forward as scheduled. The Court modifies the scheduling order as follows. Jury selection will proceed on **July 8, 2025 at 8:30 AM**, the trial to proceed on consecutive weekdays thereafter; the Court will hold a pretrial conference on **June 23, 2025 at 2:30 PM.** Separate scheduling orders will issue in due course. <br><br> Further, "[t]he Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., provides that in 'any case in which a plea of not guilty is entered, the trial... shall commence within seventy days' from the later of (1) the 'filing date' of the information or indictment or (2) the defendant's initial appearance before a judicial officer (i.e., the arraignment)." *United States v. Tinklenberg*, 563 U.S. 647, 650 (2011) (quoting § 3161(c)(1)). The Act further provides: "The following periods of delay shall be excluded in computing the time within which an information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence: Any period of delay resulting from other proceedings concerning the defendant, including... delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." 18 U.S.C. § 3161(h)(1)(D). <br><br> The Supreme Court has explained that Section 3161(h)(1)(D) "requir[es] the automatic exclusion" of delay resulting from its filing through the disposition of such motion. *Tinklenberg*, 563 U.S. at 655. For that reason, this Court **excludes** time beginning with the date of the Motion's filing, March 14, 2025, through whatever date on which the Court resolves the motion. <br><br> Signed by Judge Vernon D. Oliver on 03/18/2025. (Urban, N.) Modified on 3/24/2025 to correct language regarding responsive brief. (Samson, J). (Entered: 03/18/2025) |
| 03/19/2025 | 48 | RESCHEDULED NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 4/1/2025* Pretrial Conference set for **6/23/2025 at 02:30 PM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 03/19/2025) |

| 03/19/2025 | 49 | RESCHEDULED NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 4/15/2025* Jury Selection set for **7/8/2025 at 08:30 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 03/19/2025) |
| --- | --- | --- |
| 03/21/2025 | 50 | Minute Entry for proceedings held on 3/21/25 before Judge Robert A. Richardson: Motion Hearing denying 43 Second MOTION for Reconsideration re 42 Order of Detention filed by Bennie Gray; Bond Hearing held. Time: 16 minutes(Court Reporter Courtsmart) (Velez, F) (Entered: 03/21/2025) |
| 03/24/2025 | 51 | Docket Entry Correction as to Bennie Gray re 47 Order:. The Government shall file any responsive brief on or before April 4, 2025; Gray shall file any reply brief on or before April 18, 2025. (Samson, J) (Entered: 03/24/2025) |
| 03/24/2025 | 52 | ORDER. Because of the mistake in the Court's order directing the timeline of the Government's response (ECF No. 47), the Court **modifies** that order as follows: The Government shall file any responsive brief **on or before April 11, 2025**; Gray shall file any reply brief **on or before April 25, 2025**. Signed by Judge Vernon D. Oliver on 3/24/2025. (Dao, J) (Entered: 03/24/2025) |
| 03/24/2025 | 53 | MOTION for John J. Stickney, Josh Ewing, and the Federal Defender Office to Withdraw as Attorney , MOTION to Appoint Counsel *from the CJA Panel*, MOTION for Hearing by Bennie Gray. (Stickney, John) (Entered: 03/24/2025) |
| 03/25/2025 | 54 | MOTIONS as to Bennie Gray REFERRED to Magistrate Judge Robert A. Richardson: 53 MOTION for John J. Stickney, Josh Ewing, and the Federal Defender Office to Withdraw as Attorney MOTION to Appoint Counsel *from the CJA Panel* MOTION for Hearing (Samson, J) (Entered: 03/25/2025) |
| 03/26/2025 | 55 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. ( Attorney Appointment Hearing set for 4/3/2025 11:00 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson), NOTICE OF E–FILED CALENDAR re: 53 MOTION for John J. Stickney, Josh Ewing, and the Federal Defender Office to Withdraw as Attorney MOTION to Appoint Counsel *from the CJA Panel* MOTION for Hearing as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. ( Motion Hearing set for 4/3/2025 at 11:00 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson) (Blue, A.) (Entered: 03/26/2025) |
| 03/27/2025 | 56 | MOTION for Vanessa Roberts Avery to Withdraw as Attorney by USA as to Bennie Gray. (Avery, Vanessa) (Entered: 03/27/2025) |
| 03/27/2025 | 57 | ORDER granting 56 Motion to Withdraw as Attorney. Attorney Vanessa Roberts Avery is withdrawn from this action. Signed by Judge Vernon D. Oliver on 03/27/2025. (Urban, N.) (Entered: 03/27/2025) |
| 03/31/2025 | 58 | MOTION to Withdraw Assigned Counsel as Attorney by Bennie Gray. (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 04/01/2025) |
| 03/31/2025 | 59 | MOTION for Order Re: Review of Order of Detention by the Magistrate and Memorandum of Law by Bennie Gray. (Attachments: # 1 Envelope)(Gaskins, A) (Additional attachment(s) added on 4/2/2025: # 2 Replacement PDF–Motion for Review Order) (Gaskins, A). (Entered: 04/01/2025) |
| 03/31/2025 | 60 | MOTION for Order Re: to Set Pretrial Conditions of Release with Proposed Conditions by Bennie Gray. (Gaskins, A) (Entered: 04/01/2025) |
| 03/31/2025 | 61 | Docket Entry Correction re 59 MOTION for Order Re: Review of Order of Detention by the Magistrate and Memorandum of Law (Gaskins, A) (Entered: 04/02/2025) |
| 03/31/2025 | 62 | MOTION for appeal of Magistrate Judge's Decision re 42 Order of Detention, 50 Order on Motion for Reconsideration, Motion Hearing, Bond Hearing, 43 Second MOTION for Reconsideration re 42 Order of Detention by Bennie Gray. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 04/02/2025) |
| 04/02/2025 | 63 | MOTIONS as to Bennie Gray REFERRED to Magistrate Judge Robert A. Richardson: 58 MOTION to Withdraw as Attorney, 59 MOTION for Order Re: Review of Order of Detention by the Magistrate and Memorandum of Law, 60 MOTION for Order Re: to Set Pretrial Conditions of Release with Proposed Conditions (Samson, J) (Entered: 04/02/2025) |
| 04/03/2025 | 64 | Minute Entry for proceedings held before Judge Robert A. Richardson: granting 53 Motion to Withdraw as Attorney. Josh B Ewing and John J. Stickney withdrawn from case. as to Bennie Gray (1); granting 53 Motion to Appoint Counsel as to Bennie Gray (1); granting 58 Motion to Withdraw as Attorney. Josh B Ewing and John J. Stickney withdrawn from case. as to Bennie Gray (1); Attorney Appointment Hearing as to Bennie Gray held on 4/3/2025; Motion Hearing as to Bennie Gray held on 4/3/2025 re 58 MOTION to Withdraw as Attorney filed by Bennie Gray, 53 MOTION for John J. Stickney, Josh Ewing, and the Federal Defender Office to Withdraw as Attorney MOTION to Appoint Counsel *from the CJA Panel* MOTION for Hearing filed by Bennie Gray; 21 minutes (Court Reporter CourtSmart.) (Blue, A.) (Entered: 04/03/2025) |
| 04/03/2025 | 65 | ORDER. The Court has reviewed Defendant Gray's filing at ECF No. 62. That filing, styled as a notice of appeal, seeks to challenge Judge Richardson's order at ECF No. 50, which denied Gray's motion seeking revocation of his order of detention. <br><br> The Second Circuit has explained that a denial of a motion seeking revocation of an order of detainment is not appealable until the district court judge has reviewed the order of detention de novo because without that review, the determination is not an appealable final order. *See United States v. Harrison*, 396 F.3d 1280, 1281 (2d Cir. 2005). For that reason, the Court construes Gray's motion as a request for the Court to review Judge Richardson's decision. <br><br> Accordingly, the Court hereby schedules a hearing on the order of detention for **Tuesday, April 8, 2025 at 3:45 p.m at 450 Main St., Hartford, CT.** A separate scheduling order will issue forthwith. <br><br> Signed by Judge Vernon D. Oliver on 04/03/2025. (Urban, N.) (Entered: 04/03/2025) |
| 04/03/2025 | 66 | ORDER granting 53 Motion for John J. Stickney, Josh Ewing, and the Federal Defender's Office to Withdraw as Attorneys for Bennie Gray (1), and granting 58 Defendant Bennie Gray's Motion to Dismiss Appointed Counsel and Represent Himself. On April 3, 2025, the Court held a hearing on the Motion to Withdraw as Counsel filed by Attorney Stickney, Attorney Ewing, and the Federal Defender's Office. During the hearing Mr. Gray informed the Court that he did not want the Court to appoint new CJA counsel, but instead, preferred to represent himself. The Court discussed the risks and disadvantages of self–representation with Mr. Gray and canvassed Mr. Gray to make sure he understands the risks and disadvantages of self–representation. Based on Mr. Gray's answers in open court, the Court is satisfied that Mr. Gray understands the charges against him, the potential maximum penalties that he is facing, the fact that he will be required to abide by the Federal Rules of Evidence and the Federal Rules of Criminal Procedure and that those rules will not be relaxed for him simply because he is representing himself. Although the Court advised Mr. Gray, on the record, that a trained lawyer would be in a better position to represent Mr. Gray, the Court is satisfied that Mr. Gray fully understands the risks and potential disadvantages of representing himself, and that Mr. Gray has knowingly and voluntarily waived the right to counsel. Therefore, the Court will permit Mr. Gray to represent himself. However, with Mr. Gray's permission and consent, the Court appointed standby counsel to assist Mr. Gray. Therefore, the Clerks' Office is instructed to appoint standby counsel for Mr. Gray from the CJA list. Signed by Judge Robert A. Richardson on 4/3/2025. (Richardson, Robert) (Entered: 04/03/2025) |
| 04/04/2025 | 67 | ORDER. In view of the pending appointment of standby counsel for Defendant Gray, ECF No. 66, the Court **postpones** the hearing regarding Defendant Gray's motion for revocation of his detention order currently scheduled for Tuesday, April 8, until **Monday, April 14 at 2:00 p.m.** A separate scheduling order will issue in due course. |

| | | |
|---|---|---|
| | | Further, in light of that scheduled hearing, the Court **rescinds** its referral of ECF Nos. 60 and 59, which request the same relief. The Court will address all motions regarding Defendant Gray's detention during the hearing on Monday, April 14.<br><br>Signed by Judge Vernon D. Oliver on 04/04/2025. (Urban, N.) (Entered: 04/04/2025) |
| 04/07/2025 | 68 | NOTICE OF E–FILED CALENDAR re: 62 MOTION for Reconsideration re 42 Order of Detention, 50 Order on Motion for Reconsideration,, Motion Hearing,, Bond Hearing, 43 Second MOTION for Reconsideration re 42 Order of Detention as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for **4/14/2025 at 02:00 PM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 04/07/2025) |
| 04/07/2025 | 69 | MOTION to Continue *Hearing Scheduled for April 14, 2025* by USA as to Bennie Gray. (Freismuth, Natasha) (Entered: 04/07/2025) |
| 04/07/2025 | 70 | MOTION to Obtain a Laptop by Bennie Gray. Responses due by 4/28/2025 (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 04/07/2025) |
| 04/07/2025 | 71 | ORDER. The Court is in receipt of ECF No. 69, the Government's motion to continue the April 14 hearing on Defendant Gray's detention, and ECF No. 70, Defendant Gray's motion for access to a laptop.<br><br>As to the first motion, the Court ordinarily is skeptical of requests to continue hearings on detention because of the strict timeliness requirements of 18 U.S.C.A. § 3145(b). In this case, however, because Defendant Gray remains without standby counsel, the Court **grants** the extension. The Court reschedules the hearing for **April 23, 2025,** the first day during which the Court is not presiding over a trial. A separate scheduling order will issue in due course.<br><br>On April 23, the Court will also take up Defendant Gray's motion for a laptop. Because trial is not scheduled for several months, the Court does not believe that the motion requires more immediate resolution. The Government may file any response to that motion **on or before April 17, 2025.**<br><br>Signed by Judge Vernon D. Oliver on 04/07/2025. (Urban, N.) (Entered: 04/07/2025) |
| 04/08/2025 | 72 | RESCHEDULED NOTICE OF E–FILED CALENDAR re: 62 MOTION for Reconsideration re 42 Order of Detention, 50 Order on Motion for Reconsideration,, Motion Hearing,, Bond Hearing, 43 Second MOTION for Reconsideration re 42 Order of Detention as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 4/14/2025* Motion Hearing set for **4/23/2025 at 10:00 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 04/08/2025) |
| 04/09/2025 | 73 | Memorandum in Opposition by USA as to Bennie Gray re 46 MOTION to Suppress *Evidence* (Attachments: # 1 Exhibit GX1–GX8)(Freismuth, Natasha) (Entered: 04/09/2025) |
| 04/10/2025 | 74 | MOTION for Order Re: Bill of Particulars by Bennie Gray. (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 04/10/2025) |
| 04/10/2025 | 75 | ORDER SCHEDULING SUPPRESSION HEARING. At **9:30 a.m. on May 7, 2025,** the Court will hold an in–person evidentiary hearing regarding Defendant Gray's Motion to Suppress Evidence. See ECF No. 46 . Any additional exhibits and witness lists must be filed **on or before May 5, 2025.** The evidentiary hearing shall be limited to six hours in total; the Parties are directed to confer regarding the length of their respective presentations and decide amongst themselves how the time should be allocated prior to the hearing.<br><br>If counsel have a conflict with this date, they are requested to quickly contact Judge Oliver's courtroom deputy to sort out a different date for the hearing. |

| | | |
|---|---|---|
| | | Signed by Judge Vernon D. Oliver on 04/10/2025. (Urban, N.) Modified on 4/11/2025 to correct ECF number from 45 to 46 (Samson, J). (Entered: 04/10/2025) |
| 04/10/2025 | 76 | ORDER REGARDING MOTION FOR BILL OF PARTICULARS. The Court will address Defendant Gray's motion for a bill of particulars at the hearing on April 24, 2025. Both Parties should be prepared to discuss that Motion, particularly &#182&#182 2–3 regarding the status of discovery and testing that Defendant Gray seeks. Signed by Judge Vernon D. Oliver on 04/10/2025. (Urban, N.) (Entered: 04/10/2025) |
| 04/11/2025 | 77 | NOTICE OF E–FILED CALENDAR re: 46 MOTION to Suppress *Evidence* as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for **5/7/2025 at 09:30 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 04/11/2025) |
| 04/11/2025 | 78 | Defendant's Notice that he asserts his speedy trial rights by Bennie Gray (Gaskins, A) (Entered: 04/11/2025) |
| 04/11/2025 | 79 | MOTION in Limine by Bennie Gray. Responses due by 5/2/2025 (Gaskins, A) (Entered: 04/11/2025) |
| 04/11/2025 | 80 | Defendant's Notice of Intent to Introduce Third Party culpability evidence at trial by Bennie Gray (Gaskins, A) (Entered: 04/11/2025) |
| 04/17/2025 | 81 | RESCHEDULED NOTICE OF E–FILED CALENDAR re: 46 MOTION to Suppress *Evidence* as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 5/7/2025* Motion Hearing set for **5/9/2025 at 09:30 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 04/17/2025) |
| 04/17/2025 | 82 | Memorandum in Opposition by USA as to Bennie Gray re 70 MOTION to Obtain a Laptop (Attachments: # 1 Exhibit)(Freismuth, Natasha) (Entered: 04/17/2025) |
| 04/17/2025 | 83 | Memorandum in Opposition by USA as to Bennie Gray re 79 MOTION in Limine, 74 MOTION for Order Re: Bill of Particulars *as well as Notice Re speedy trial [Doc. 78] and notice re third party culpability evidence [Doc. 80]* (Attachments: # 1 Exhibit GX 1 and GX 2)(Freismuth, Natasha) (Entered: 04/17/2025) |
| 04/17/2025 | 84 | Memorandum in Opposition by USA as to Bennie Gray re 59 MOTION for Order Re: Review of Order of Detention by the Magistrate and Memorandum of Law, 60 MOTION for Order Re: to Set Pretrial Conditions of Release with Proposed Conditions, 62 MOTION for Reconsideration re 42 Order of Detention, 50 Order on Motion for Reconsideration,, Motion Hearing,, Bond Hearing, 43 Second MOTION for Reconsideration re 42 Order of Detention (Attachments: # 1 Exhibit GX 1)(Freismuth, Natasha) (Entered: 04/17/2025) |
| 04/17/2025 | 85 | NOTICE *Expert Disclosures (drug analysis and drug expert)* by USA as to Bennie Gray (Attachments: # 1 Supplement Signed Disclosures)(Freismuth, Natasha) (Entered: 04/17/2025) |
| 04/21/2025 | 86 | DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION by Bennie Gray (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 04/21/2025) |
| 04/22/2025 | 87 | MOTION for Leave to File *Brief Response to Reply* by USA as to Bennie Gray. (Freismuth, Natasha) (Entered: 04/22/2025) |
| 04/22/2025 | 88 | ORDER granting 87 motion for leave to file a surreply brief by the United States. The United States may file a surreply brief not to exceed ten pages double–spaced **on or before April 30, 2025.** Signed by Judge Vernon D. Oliver on 04/22/2025. (Urban, N.) (Entered: 04/22/2025) |
| 04/22/2025 | 89 | ORDER EXCLUDING TIME LOST TO DELAYS ATTRIBUTABLE TO THE DEFENDANT PURSUANT TO THE SPEEDY TRIAL ACT. |

Defendant Gray has filed a "notice that he asserts his speedy trial rights." ECF No. 78 at 1. Gray states that he "makes clear he does not wish to delay this matter and asserts his right to a speedy disposition," and contends that the Speedy Trial Act's 70–day requirement began on December 3, 2024, when he was arrested pursuant to a warrant resulting from this action.

Gray is correct that under the Speedy Trial Act, his trial "shall commence" within seventy days of his appearance "before a judicial officer of the court in which such charge is pending." 18 U.S.C. § 3161(c)(1). In this action, that starting date is December 3, 2024. ECF Nos. 13–16.

The Act, however, permits Courts to exclude time from the 70–day clock for several reasons. Chief among them—time subject to *automatic* exclusion—is when a case is slowed due to delays attributable to the defendant. In the Statute's own terms, "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion" is a "period[] of delay [which] shall be excluded... in computing the time within which the trial of any such offense must commence." 18 U.S.C. § 3161(h)(1)(D).

As a result of Gray's filing, the Court will take the opportunity to address the many delays attributable to Gray. *See United States v. Smart*, 91 F.4th 214, 221 (4th Cir. 2024) (a district court "need not set forth its reasoning [for excluding time] at the time of the continuance [or exclusion], but may place it on the record later[.]").

Gray began filing motions to remove his attorney on January 14, 2025. *See* ECF Nos. 24, 25. From that point until February 3, 2025, those motions and additional similar motions remained pending. ECF No. 36. The Court notes that this time is subject to automatic exclusion under Section 3161(h)(1).

And the Court likewise excludes time from January 29, 2025, through April 7, 2025, pursuant to a different provision of the Speedy Trial Act allowing district courts to exclude time "resulting from a continuance granted... if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). The Court has considered each of the factors set forth in 18 U.S.C. § 3161(h)(7)(B) and concludes that good cause exists to exclude this time: Namely, the representation of Gray's then–counsel that a continuation of the trial schedule was required to allow the parties to pursue a resolution of this matter outside of trial. *See* ECF No. 29 at 1. The Court is aware that Gray's waiver of his rights for that period begins only on February 6, *see* ECF No. 29–1 at 1, but that waiver is not operative here: This Court's findings are. *See, e.g.*, *United States v. Saltzman*, 984 F.2d 1087, 1090–1092 (10th Cir. 1993) (explaining that "a defendant may not expressly waive his rights under the Speedy Trial Act," but that the district court's findings were operative under the Act"). The Court has considered each of the factors set forth in 18 U.S.C. § 3161(h)(7)(B) and concludes that the ends of justice were best served by excluding this period of time, that exclusion is in the best interest of the defendant and outweighs the public interest in a speedy trial.

These two time periods overlap, but they further overlap with this Court's prior order excluding time beginning on March 14, 2025, as a result of Gray's filing a significant motion to suppress. *See* ECF No. 47 (noting that time was automatically excluded pursuant to Section 3161 (h)(1)). As a result, the only non–excludable period so far runs from December 3, 2024, until January 14, 2025. That period is far less than the seventy days the Act contemplates, so to the extent that Gray's "notice" contends that his speedy trial rights have been violated, the Court concludes otherwise.

Lastly, Gray notes that he has filed a notice relating to the Interstate Agreement on Detainers Act, Pub.L. No. 91–538, 84 Stat. 1397 (1970), with the United States Marshals. The Court is unable to discern what impact that would have on this action. Further, though, the Agreement applies only to "a person (who) has entered upon a

| | | |
|---|---|---|
| | | term of imprisonment in a penal or correctional institution," 18a U.S.C. § App. 2 § 2 Arts. III(a) & IV(a), and is therefore inapplicable to a defendant, like Gray, incarcerated awaiting trial. *United States v. Evans*, 423 F. Supp. 528, 531 (S.D.N.Y. 1976), *aff'd*, 556 F.2d 561 (2d Cir. 1977).<br><br>Signed by Judge Vernon D. Oliver on 04/22/2025. (Urban, N.) (Entered: 04/22/2025) |
| 04/23/2025 | 94 | Minute Entry for proceedings held before Judge Vernon D. Oliver:Motion Hearing as to Bennie Gray held on 4/23/2025 re 70 MOTION to Obtain a Laptop filed by Bennie Gray, 60 MOTION for Order Re: to Set Pretrial Conditions of Release with Proposed Conditions filed by Bennie Gray, 74 MOTION for Order Re: Bill of Particulars filed by Bennie Gray, 62 MOTION for Reconsideration re 42 Order of Detention, 50 Order on Motion for Reconsideration,, Motion Hearing,, Bond Hearing, 43 Second MOTION for Reconsideration re 42 Order of Detention filed by Bennie Gray Total Time: 1 hours and 18 minutes(Court Reporter Corinne Thomas.)(Samson, J) (Entered: 05/02/2025) |
| 04/25/2025 | 90 | MOTION to Dismiss by Bennie Gray. (Peterson, M) (Entered: 04/25/2025) |
| 04/29/2025 | 91 | ORDER DENYING MOTIONS FOR BILL OF PARTICULARS, USE OF LAPTOP, AND FOR RECONSIDERATION OF DETENTION ORDER.<br><br>For the reasons set forth in the attached opinion, Gray&rsquo;s motion for a bill of particulars, for a laptop, and his two motions for reconsideration of the order of detention are ***denied***.<br><br>The Government has previously provided details regarding the state of discovery in this action. Still, on the basis of statements Gray has made about the pace of discovery production, the Court concludes that it must continue to make a record regarding the progress of discovery. The Government is therefore ***ordered*** to file a status report describing the discovery that has been provided to Gray and the discovery (if any) that remains to be provided ***on or before May 7, 2025***. Subsequently, ***on or before May 14, 2025***, Gray is ordered to file a response describing which pieces of discovery (if any) the Government represents have been provided that he has not yet received. The Court further ***orders*** the Government to file on the docket the letters regarding discovery that it presented to the Court during the hearing on Gray's various motions.<br><br>And, as noted during the hearing, the Court ***directs*** the Parties to the Court&rsquo;s pretrial and trial preferences for the appropriate time to address motions *in limine* and related trial issues. *See* https://www.ctd.uscourts.gov/content/vernon-d-oliver. It is so ordered.<br><br>Signed by Judge Vernon D. Oliver on 04/29/2023. (Urban, N.) (Entered: 04/29/2025) |
| 04/30/2025 | 92 | RESPONSE/REPLY by USA as to Bennie Gray re 86 Reply/Response Misc (Freismuth, Natasha) (Entered: 04/30/2025) |
| 05/01/2025 | 93 | RESCHEDULED NOTICE OF E-FILED CALENDAR re: 46 MOTION to Suppress *Evidence* as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 5/9/2025* Motion Hearing set for **5/8/2025 at 10:00 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 05/01/2025) |
| 05/02/2025 | 95 | ATTORNEY APPEARANCE Nathan Guevremont appearing for USA (Guevremont, Nathan) (Entered: 05/02/2025) |
| 05/04/2025 | 96 | ORDER. In advance of the hearing on Defendant Gray's motion to suppress scheduled for Thursday, May 8, the Parties are ORDERED to jointly file lists of anticipated witnesses and exhibits **no later than 5:00 p.m. on Tuesday, May 6, 2025.** Because Mr. Gray is pro se, the Government is directed to take the lead in the timely compiling and filing of these lists.<br><br>Further, the Court MODIFIES its previous orders scheduling the hearing (ECF Nos. 75, 93) as follows: The hearing will take place on May 8 and will begin at 10:30 a.m. |

| | | |
|---|---|---|
| | | and run until 4:00 p.m. The Court believes that this allocation of time is more than sufficient, but if more time is ultimately required, the Court will address that with the Parties during the hearing. It is so ordered. Signed by Judge Vernon D. Oliver on 05/04/2025. (Urban, N.) (Entered: 05/04/2025) |
| 05/05/2025 | 97 | NOTICE OF E–FILED CALENDAR re: 46 MOTION to Suppress *Evidence* as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for **5/8/2025 at 10:30 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 05/05/2025) |
| 05/05/2025 | 101 | NOTICE to the Court by Bennie Gray (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 05/07/2025) |
| 05/05/2025 | 102 | OBJECTION re 87 MOTION for Leave to File *Brief Response to Reply* filed by Bennie Gray. (Gaskins, A) (Entered: 05/07/2025) |
| 05/06/2025 | 98 | ORDER DENYING DEFENDANT'S MOTION TO DISMISS. For the reasons set forth in the attached opinion, the Court DENIES the Defendant's motion to dismiss 90 . Signed by Judge Vernon D. Oliver on 05/06/2025. (Urban, N.) (Entered: 05/06/2025) |
| 05/06/2025 | 99 | Proposed Exhibit List by USA (Attachments: # 1 Exhibit GX 9–13)(Freismuth, Natasha) (Entered: 05/06/2025) |
| 05/06/2025 | 100 | NOTICE *Re Discovery* by USA as to Bennie Gray re 91 Order on Motion for Order,,,,,,,,,,,,,, Order on Motion for Reconsideration,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,, (Attachments: # 1 Exhibit Attachments 1 and 2)(Freismuth, Natasha) (Entered: 05/06/2025) |
| 05/08/2025 | 103 | POST–HEARING SCHEDULING ORDER. Consistent with the on–the–record discussion at the end of the suppression hearing held today, the Court schedules the following supplemental briefing schedule: the Government&rsquo;s supplemental brief will be due *on or before June 16, 2025;* the Defendant&rsquo;s opposition will be due *on or before June 30, 2025;* the Government&rsquo;s reply will be due *on or before July 14, 2025.* To allow proper briefing and consideration of the suppression motion, the Court *reschedules* the trial in this action to commence with jury selection on *October 14, 2025*, and to continue on consecutive days thereafter. Lastly, Defendant Gray&rsquo;s remarks regarding his previously adjudicated detention motions indicated that he was not aware that those motions had been resolved. *See* ECF No. 91. With the thanks of the Court, Defendant Gray&rsquo;s standby counsel is *ordered* to ensure that Gray has been provided with a copy of that opinion and order. Signed by Judge Vernon D. Oliver on 05/08/2025. (Urban, N.) (Entered: 05/08/2025) |
| 05/08/2025 | 104 | Minute Entry for proceedings held before Judge Vernon D. Oliver:Motion Hearing as to Bennie Gray held on 5/8/2025 re 46 MOTION to Suppress *Evidence* filed by Bennie Gray Total Time: 4 hours and 39 minutes(Court Reporter Corinne Thomas.)(Samson, J) (Entered: 05/09/2025) |
| 05/08/2025 | 106 | Witness and Exhibit List (Samson, J) (Entered: 05/13/2025) |
| 05/11/2025 | 105 | ORDER REGARDING TRANSCRIPT OF SUPPRESSION HEARING. In order to ensure that the deadlines set out in ECF No. 103 remain realistic, the Government is ORDERED to contact the court reporter and arrange for an expedited transcript order. It is so ordered. Signed by Judge Vernon D. Oliver on 05/11/2025. (Urban, N.) (Entered: 05/11/2025) |
| 05/21/2025 | 107 | TRANSCRIPT of Proceedings: as to Bennie Gray Type of Hearing: Motion to Suppress Evidence Hearing. Held on 05/08/2025 before Judge Vernon D. Oliver. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE – REDACTION OF** |

| | | |
|---|---|---|
| | | **TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/11/2025. Redacted Transcript Deadline set for 6/23/2025. Release of Transcript Restriction set for 8/19/2025. (Thomas, Corinne) (Entered: 05/21/2025) |
| 05/27/2025 | 108 | MOTION to File Late Appeal of Detention Order by Bennie Gray. Responses due by 6/17/2025 (Attachments: # 1 Notice of Appeal, # 2 Envelope)(Gaskins, A) (Entered: 05/28/2025) |
| 05/28/2025 | 109 | RESPONSE/REPLY by USA as to Bennie Gray re 108 Motion for Miscellaneous Relief (Freismuth, Natasha) (Entered: 05/28/2025) |
| 05/29/2025 | 110 | ORDER GRANTING MOTION TO EXTEND DEADLINE TO APPEAL. At the closing of the Court's hearing on Defendant Gray's motion to suppress, Gray—proceeding *pro se*—made remarks that indicated that he might have been unaware of the Court's prior decisions in this case. *See* ECF No. 107 at 221 (Gray: "I know we're still waiting for the decision on the bail, the bail decision....."). In fact, the Court denied the motions Gray was speaking of nearly two weeks earlier. *See* ECF No. 91.<br><br>Concerned that Gray might have been unaware of the Court's decision, later that same day the Court issued a docket order stating in part: "Defendant Gray's remarks regarding his previously adjudicated detention motions indicated that he was not aware that those motions had been resolved. *See* ECF No. 91. With the thanks of the Court, Defendant Gray's standby counsel is *ordered* to ensure that Gray has been provided with a copy of that opinion and order." ECF No. 103.<br><br>Gray has now filed a response indicating that he has not been receiving copies of this Court's orders since he was granted the ability to represent himself. *See* ECF No. 108 at 1. In the normal course, the Court mails all of its orders to *pro se* incarcerated litigants not enrolled in any form of prisoner e–file, but perhaps due to the change in Gray's status from represented to *pro se* status, this apparently did not occur with respect to Gray. The Court apologizes for this error and will take steps to ensure that this oversight does not recur in this action. As far as the Government's filings, however, the Government has represented that it has served copies of its filings on Gray, ECF No. 109 at 1–2, and Gray has evidently received those copies because he has consistently filed responses to them. *See* ECF Nos. 86, 102.<br><br>At this stage, the Clerk of the Court is *respectfully requested* to mail Gray a copy of the docket, as well as copies of all of the Court's posted orders dated on or after March 31, 2025. And the Clerk of the Court is respectfully requested to send Gray a copy of this District's Notice of Appeal form. Moving forward, Gray's standby counsel is *respectfully requested* to maintain contact with Gray and ensure he is receiving all filings, to the extent practicable.<br><br>Gray notes that this issue has caused him to miss two deadlines. First, Gray claims that because he was not aware of ECF No. 91, the Court's ruling on his detention motions (ECF Nos. 59, 60, 62) until May 21, 2025, he was unable to appeal that ruling. ECF No. 108 at 1. The Court has no reason to doubt the truth of Gray's claim: It is corroborated by Gray's behavior at the suppression hearing; the Court's docket does not reflect filings being mailed to Gray; and the Government apparently agrees that Gray was unaware of that ruling until May 21, 2025. For that reason, the Court *grants* Gray's motion and *extends* the deadline for him to file a separate notice of appeal regarding ECF No. 91 by the maximum allowable time: Gray must file a separate notice of appeal *on or before June 13, 2025*. *See* Fed. R. App. P. 4(b)(1)(A)(i) and 4(b)(4); *see also United States v. Frias*, 521 F.3d |

| | | |
|---|---|---|
| | | 229 (2d Cir. 2008). Gray is hereby on notice that his current filing is insufficient to constitute an actual notice of appeal, and that a separate notice is required.<br><br>Gray further contends that he was not able to file a response to the Government&rsquo;s discovery filings as contemplated by ECF No. 91. The Government has filed a detailed and compelling description of: (1) its efforts to comply with its discovery obligations and (2) Gray&rsquo;s failure to make use of all the discovery opportunities available to him at Wyatt. Due to Gray&rsquo;s pending motions, his trial is not scheduled for many months, so the Court believes it unlikely that current discovery procedures are insufficient to allow him to review discovery ahead of trial. Nonetheless, Gray may file a response regarding issues he has accessing discovery or describing any yet–unproduced discovery *on or before June 13, 2025.*<br><br>Signed by Judge Vernon D. Oliver on 05/29/2025. (Urban, N.) (Entered: 05/29/2025) |
| 06/02/2025 | 111 | MOTION to Amend/Correct 46 MOTION to Suppress *Evidence* by Bennie Gray. Responses due by 6/23/2025 (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 06/03/2025) |
| 06/04/2025 | 112 | Memorandum in Opposition by USA as to Bennie Gray re 111 MOTION to Amend/Correct 46 MOTION to Suppress *Evidence* (Freismuth, Natasha) (Entered: 06/04/2025) |
| 06/06/2025 | 114 | NOTICE OF APPEAL as to 91 Order on Motion for Order, Order on Motion for Reconsideration, Order on Motion for Miscellaneous Relief, by Bennie Gray. (Attachments: # 1 Envelope)(Gaskins, A) (Entered: 06/09/2025) |
| 06/09/2025 | 113 | RESCHEDULED NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 6/23/2025* Pretrial Conference set for **10/9/2025 at 01:00 PM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. (Samson, J) (Entered: 06/09/2025) |
| 06/10/2025 | 115 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 114 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: None (Gaskins, A) (Entered: 06/10/2025) |
| 06/13/2025 | 119 | Defendant's REPLY by Bennie Gray to Document 109 RESPONSE/REPLY. (Attachments: # 1 envelope)(Bozek, Michael) (Entered: 06/20/2025) |
| 06/13/2025 | 120 | Defendant's Update on Outstanding Discovery Material by Bennie Gray. (Attachments: # 1 envelope)(Bozek, Michael) (Entered: 06/20/2025) |
| 06/13/2025 | 121 | MOTION for Copy by Bennie Gray. (Gaskins, A) (Entered: 06/20/2025) |
| 06/13/2025 | 122 | MOTION for Copy by Bennie Gray. (Gaskins, A) (Entered: 06/20/2025) |
| 06/13/2025 | 123 | MOTION for Copy by Bennie Gray. (Gaskins, A) (Entered: 06/20/2025) |
| 06/16/2025 | 116 | Memorandum in Opposition by USA as to Bennie Gray re 46 MOTION to Suppress *Evidence Post–Hearing Brief* (Freismuth, Natasha) (Entered: 06/16/2025) |
| 06/17/2025 | 117 | RESCHEDULED NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 10/9/2025* Pretrial Conference set for **10/6/2025 at 10:00 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver (Samson, J) (Entered: 06/17/2025) |
| 06/17/2025 | 118 | Defendant's Reply to the Government's Opposition to Motion Seeking to Supplement Hearing Record by Bennie Gray (Attachments: # 1 envelope)(Bozek, Michael) (Entered: 06/20/2025) |

| | | |
|---|---|---|
| 06/23/2025 | 124 | ORDER. Defendant Gray's notices regarding alleged deficiencies with discovery productions and access to discovery (ECF Nos. 119, 120) are REFERRED to a Magistrate Judge for resolution of these ongoing discovery disputes.<br><br>Signed by Judge Vernon D. Oliver on 06/23/2025. (Urban, N.) (Entered: 06/23/2025) |
| 06/23/2025 | 125 | ORDER. Defendant Gray's request for an investigator (ECF No. 122) is DENIED AS MOOT. The Court approved an identical request from Defendant's standby counsel on 05/06/2025. Defendant's standby counsel is ORDERED to coordinate with Defendant Gray regarding this request and utilization of the investigator and to ensure, moving forward, that Defendant Gray is aware of developments in this case. See ECF No. 110.<br><br>Signed by Judge Vernon D. Oliver on 06/23/2025. (Urban, N.) (Entered: 06/23/2025) |
| 06/23/2025 | 126 | ORDER. Defendant Gray's standby counsel is ORDERED to file a request for transcripts as described by ECF Nos. 121 and 123 through the usual CJA route. The publicly filed motions at ECF Nos. 121 and 123 are DENIED pending approval of those described requests through the appropriate channels. Signed by Judge Vernon D. Oliver on 06/23/2025. (Urban, N.) (Entered: 06/23/2025) |
| 06/23/2025 | 128 | ENTERED IN ERROR Minute Entry for proceedings held before Judge Vernon D. Oliver:Telephonic Status Conference as to Bennie Gray held on 6/23/2025 Total Time: 15 minutes(Court Reporter Corinne Thomas.)(Samson, J) Modified on 6/24/2025 (Samson, J). (Entered: 06/24/2025) |
| 06/24/2025 | 127 | ORDER REFERRING CASE to Judge Robert A. Richardson as to Bennie Gray per ECF 124.<br>Signed by Judge Vernon D. Oliver on 6/24/2025. (Samson, J) (Entered: 06/24/2025) |
| 06/24/2025 | | Docket Entry Correction as to Bennie Gray re 128 : Entered in error. (Samson, J) (Entered: 06/24/2025) |
| 06/24/2025 | 129 | Memorandum in Support by Bennie Gray re 46 MOTION to Suppress *Evidence* (Brown, Michael) (Entered: 06/24/2025) |
| 07/01/2025 | 130 | POST HEARING MEMORANDUM by Bennie Gray (Attachments: # 1 envelope)(Imbriani, S) (Entered: 07/02/2025) |
| 07/10/2025 | 131 | MOTION for Bond *Motion to Reopen Detention Hearing* by Bennie Gray. (Brown, Michael) (Entered: 07/10/2025) |
| 07/11/2025 | 132 | ORDER. The United States may respond to the renewed motion for bond on or before July 25, 2025. The United States, in its response, should supply as exhibits any testing referred to in the motion for bond.<br><br>Signed by Judge Vernon D. Oliver on 07/10/2025. (Urban, N.) Modified on 7/14/2025 to correct March 25 to July 25 (Samson, J). (Entered: 07/11/2025) |
| 07/14/2025 | 133 | REPLY TO RESPONSE to Motion by USA as to Bennie Gray re 46 MOTION to Suppress *Evidence Post–Hearing Reply Brief* (Guevremont, Nathan) (Entered: 07/14/2025) |
| 07/22/2025 | 134 | TRANSCRIPT of Proceedings: as to Bennie Gray Type of Hearing: Motion Hearing. Held on 4/23/2025 before Judge Vernon D. Oliver. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 8/12/2025. Redacted Transcript Deadline set for 8/22/2025. Release of Transcript Restriction set for 10/20/2025. (Thomas, Corinne) (Entered: 07/22/2025) |

| 07/24/2025 | 135 | Memorandum in Opposition by USA as to Bennie Gray re 131 MOTION for Bond *Motion to Reopen Detention Hearing* (Attachments: # 1 Exhibit GX 1–4)(Freismuth, Natasha) (Entered: 07/24/2025) |
|---|---|---|
| 07/30/2025 | 136 | TRANSCRIPT of Proceedings: as to Bennie Gray Type of Hearing: Detention Hearing. Held on 2/26/25 before Judge Robert A. Richardson. Court Reporter: Suzanne Benoit. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 8/20/2025. Redacted Transcript Deadline set for 9/2/2025. Release of Transcript Restriction set for 10/28/2025. (Benoit, S.) (Entered: 07/30/2025) |
| 07/30/2025 | 137 | TRANSCRIPT of Proceedings: as to Bennie Gray Type of Hearing: Bond Hearing. Held on 3/21/25 before Judge Robert A. Richardson. Court Reporter: Suzanne Benoit. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 8/20/2025. Redacted Transcript Deadline set for 9/2/2025. Release of Transcript Restriction set for 10/28/2025. (Benoit, S.) (Entered: 07/30/2025) |
| 08/08/2025 | 138 | ORDER DENYING MOTION TO REOPEN BOND PROCEEDINGS. Defendant Gray has filed a motion to reopen bond proceedings in this action. ECF No. 131. "A district court has discretion to reopen a bail hearing if information comes to light that is both new and material to the pretrial detention question." *United States v. Zhang*, 55 F.4th 141, 147 (2d Cir. 2022). Whether such information is new, and material is measured against the information on which the prior pretrial detention order was based. *Id.* at 148. "For purposes of considering whether to reopen a detention hearing, 'new and material information... consists of something other than a defendant's own evaluation of his character or the strength of the case against him: truly changed circumstances, something unexpected, or a significant event.'" *United States v. Singh,* 2025 WL 1381524, *1 (S.D.N.Y. May 13, 2025) (quoting *United States v. Rodriguez*, 2015 WL 6503861, at *1 (S.D.N.Y. Oct. 26, 2015)). <br><br> Here, the Court finds no basis to reopen bond proceedings. The Court has carefully reviewed Gray's filings in support of reopening his motion, as well as the Government's opposition at ECF No. 135. The Court now DENIES Gray's motion for substantially the reasons described in the Government's opposition. Gray's filings raise no cognizable claim of new or changed circumstances that were not known at the time of the last bond hearing. As the Court has already explained, until the Court issues its ruling on Gray's pending motion to suppress, the Court cannot conclude that the case against Gray is so weak as to warrant his release from custody. Nor do Gray's arguments concerning drug types and quantities warrant reopening his bond proceedings. Simply put, the testing Gray refers to indicates that he continues to face substantial criminal charges, as the Government explains in its opposition, and Gray has not established that his exposure is substantially different than that evaluated in the previous bond determination proceedings. <br><br> Signed by Judge Vernon D. Oliver on 08/08/2025. (Urban, N.) (Entered: 08/08/2025) |

| 09/04/2025 | 139 | NOTICE *Gov Proposed Pretrial Scheduling Order* by USA as to Bennie Gray (Freismuth, Natasha) (Entered: 09/04/2025) |
|---|---|---|
| 09/05/2025 | 140 | NOTICE *DNA Expert* by USA as to Bennie Gray (Attachments: # 1 Exhibit Expert Disclosure)(Freismuth, Natasha) (Entered: 09/05/2025) |
| 09/05/2025 | 141 | USCA MANDATE as to Bennie Gray re 114 Notice of Appeal filed by Bennie Gray – ORDERED that the motion for bail pending appeal is DENIED<br>Signed by Clerk on 9/5/2025. (Imbriani, S) (Entered: 09/08/2025) |
| 09/09/2025 | 142 | ORDER re 139 , 140 Notices. On September 4, 2025, the Government filed a proposed scheduling order in advance of jury selection, which is currently scheduled for October 14, 2025. In that order, the Government notes that a dispositive motion to suppress remains pending and that additional time may be needed for jury preparation, exhibits, and/or expert disclosures. (ECF No. 139 .) The next day, the Government filed a notice of disclosure of expert witness. After careful consideration, the record shows that continuing jury selection to date in **January of 2026** is warranted. Specifically, the ends of justice served by continuing the jury selection date outweigh the best interests of the public and Defendant in an October 2025 trial because the failure to grant a continuance here, where discovery remains outstanding, would deny Defendant reasonable time necessary for effective preparation.<br><br>Accordingly, on or before **September 15, 2025**, any party may file objections to the Court continuing jury selection to **January 20, 2026**.<br><br>**Standby counsel, attorney Brown, is directed to promptly send this order to Defendant.**<br><br>Signed by Judge Vernon D. Oliver on 9/9/2025. (Dao, J) (Entered: 09/09/2025) |
| 09/10/2025 | 143 | RESCHEDULED NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 10/14/2025* Jury Selection set for **1/20/2026 at 09:00 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver (Samson, J) (Entered: 09/10/2025) |
| 09/10/2025 | 144 | RESCHEDULED NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 10/6/2025* Pretrial Conference set for **1/12/2026 at 10:00 AM** in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver (Samson, J) (Entered: 09/10/2025) |
| 09/17/2025 | 145 | NOTICE *Jury Selection Date Availability* by USA as to Bennie Gray re 142 Order,,,, (Freismuth, Natasha) (Entered: 09/17/2025) |
| 09/17/2025 | 146 | ORDER re 145 Notice. On September 9, 2025, the Court set a deadline for the parties to file objections to continuing jury selection to January 20, 2026. (ECF No. 142 .) The Government then filed a notice indicating that counsel is unavailable in January 2026 and February 2026. (ECF No. 145 .) In that status report, the Government indicates that Defendant has not yet responded to the Government's proposed jury selection dates. After careful consideration, the record shows that continuing jury selection to **April 21, 2026** is warranted. Specifically, the ends of justice served by continuing the jury selection date outweigh the best interests of the public and Defendant in an October 2025 trial because the failure to grant a continuance here, where discovery remains outstanding and there was a recent production of discovery to Defendant, would deny Defendant reasonable time necessary for effective preparation.<br><br>Accordingly, on or before **September 22, 2025**, any party may file objections to the Court continuing jury selection to **April 21, 2026**.<br><br>**Standby counsel, attorney Brown, is directed to promptly send this order to Defendant.**<br><br>Signed by Judge Vernon D. Oliver on 9/17/2025. (Dao, J) (Entered: 09/17/2025) |

| | | |
|---|---|---|
| 09/22/2025 | 147 | OBJECTION by Bennie Gray re 146 Order (Attachments: # 1 copy of envelope) (Oliver, T.) (Entered: 09/22/2025) |
| 09/22/2025 | 148 | RESPONSE/REPLY by USA as to Bennie Gray re 147 Reply/Response Misc *Re DNA Consumption Notification* (Freismuth, Natasha) (Entered: 09/22/2025) |
| 09/23/2025 | 149 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 1/20/2026* Jury Selection set for 4/21/2026 at 09:00 AM in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver (Samson, J) (Entered: 09/23/2025) |
| 09/23/2025 | 150 | NOTICE OF E–FILED CALENDAR as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 1/12/2026* Pretrial Conference set for 4/8/2026 at 10:00 AM in North Courtroom, 450 Main St., Hartford, CT before Judge Vernon D. Oliver (Samson, J) (Entered: 09/23/2025) |
| 09/23/2025 | 151 | ORDER re 147 , 148 . After considering the parties' filings, jury selection in this case is continued to **April 21, 2026**. The deadline for Defendant to file any motion under Federal Rule of Criminal Procedure 12(b)(3) is **December 20, 2025**. The Government's responses to such motion shall be filed by **January 21, 2026**. In their respective filings, the parties should state whether they believe resolution of the motion(s) will require a pretrial evidentiary hearing. The parties' joint trial memorandum shall be filed no later than **February 27, 2026**.<br><br>The Court previously excluded the time between **January 29, 2025** and **April 7, 2025** for purposes of the Speedy Trial Act. (ECF No. 89.) The Court now finds that the time between **March 14, 2025** and **April 21, 2026** shall be excluded for purposes of the Speedy Trial Act. Specifically, the motion to suppress evidence remains pending following an evidentiary hearing, which requires an automatic exclusion of delay resulting from the filing through the disposition of such motion. (ECF No. 46, 47, 104). And the ends of justice served by continuing the jury selection date outweigh the best interests of the public and Defendant in a speedy trial, and the failure to grant a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161(h)(7)(A) & (h)(7)(B)(iv). Discovery remains outstanding and there was a recent production of discovery to Defendant. (ECF Nos. 145, 147, 148.) For these reasons, the ends of justice served by continuing the jury selection date outweigh the best interests of the public and Defendant in an October 2025 trial.<br><br>Signed by Judge Vernon D. Oliver on 9/23/2025. (Dao, J) (Entered: 09/23/2025) |
| 10/21/2025 | | Terminate Transcript Deadlines as to Bennie Gray: (Thomas, Corinne) (Entered: 10/21/2025) |
| 10/31/2025 | | Terminate Deadlines as to Bennie Gray: for Transcript deadlines re ECF Nos. 136 & 137 (Ferguson, L.) (Entered: 10/31/2025) |
| 11/28/2025 | 152 | MOTION to Dismiss *Indictment for Violation of the Speedy Trial Act and Memorandum* by Bennie Gray. (Brown, Michael) (Entered: 11/28/2025) |
| 12/12/2025 | 153 | Memorandum in Opposition by USA as to Bennie Gray re 152 MOTION to Dismiss *Indictment for Violation of the Speedy Trial Act and Memorandum* (Attachments: # 1 Exhibit)(Freismuth, Natasha) (Entered: 12/12/2025) |
| 12/16/2025 | 154 | MOTION in Limine *to Exclude Expert Testimony* by Bennie Gray. (Brown, Michael) (Entered: 12/16/2025) |
| 12/16/2025 | 155 | REPLY TO RESPONSE to Motion by Bennie Gray re 152 MOTION to Dismiss *Indictment for Violation of the Speedy Trial Act and Memorandum* (Brown, Michael) (Entered: 12/16/2025) |
| 01/09/2026 | 156 | NOTICE *RE: DELAY* by Bennie Gray (Brown, Michael) (Entered: 01/09/2026) |

| 01/21/2026 | 157 | Third MOTION to Dismiss by Bennie Gray. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Brown, Michael) (Entered: 01/21/2026) |
|---|---|---|
| 02/02/2026 | 158 | Memorandum in Opposition by USA as to Bennie Gray re 157 Third MOTION to Dismiss (Attachments: # 1 Exhibit)(Freismuth, Natasha) (Entered: 02/02/2026) |
| 02/10/2026 | 159 | Proposed Jury Instructions by Bennie Gray (Brown, Michael) (Entered: 02/10/2026) |
| 02/10/2026 | 160 | Proposed Verdict Form (Brown, Michael) (Entered: 02/10/2026) |
| 02/10/2026 | 161 | Proposed Voir Dire by Bennie Gray (Brown, Michael) (Entered: 02/10/2026) |
| 02/10/2026 | 162 | TRIAL MEMO *Proposed Pretrial Memorandum* by Bennie Gray (Brown, Michael) (Entered: 02/10/2026) |
| 02/10/2026 | 163 | NOTICE *regarding defendant's pretrial filings* by USA as to Bennie Gray (Guevremont, Nathan) (Entered: 02/10/2026) |
| 02/15/2026 | 164 | ORDER **granting** 46 Motion to Suppress; **finding as moot** 111 Motion to Amend/Correct; **denying** 152 Motion to Dismiss. For the reasons in the attached opinion, the Court rules as follows: Defendant's 152 motion to dismiss the indictment for violation of the Speedy Trial Act is **denied.** Defendant's 46 motion to suppress evidence is **granted.** Any evidence seized from Defendant's person and from the trunk of the car he was driving on September 5, 2024 is **suppressed**, as it was obtained in violation of the Fourth Amendment to the United States Constitution. Defendant's 111 motion to supplement the record is **denied as moot.** So Ordered. Signed by Judge Vernon D. Oliver on 2/15/2026. (Dao, J) (Entered: 02/15/2026) |
| 02/18/2026 | 165 | MOTION for Release from Custody by Bennie Gray. (Brown, Michael) (Entered: 02/18/2026) |
| 02/18/2026 | 166 | ORDER REFERRING CASE to Judge Robert A. Richardson as to Bennie Gray for a Ruling on 165 MOTION for Release from Custody filed by Bennie Gray Signed by Judge Vernon D. Oliver on 2/18/2026. (Kelsey, N) (Entered: 02/23/2026) |
| 02/26/2026 | 167 | NOTICE OF E–FILED CALENDAR re: 165 MOTION for Release from Custody as to Bennie Gray: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for 3/5/2026 at 10:30 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson (Mayer, R) (Entered: 02/26/2026) |
| 02/27/2026 | | Set Deadlines as to Bennie Gray: Status Report due by 3/3/2026 (Kelsey, N) (Entered: 03/01/2026) |
| 02/28/2026 | 168 | ORDER. The deadline for the parties to file the joint trial memorandum was February 27, 2026. The Government previously indicated that it would submit its own filings, rather than consolidated materials, if Defendant did not send a response to the Government's proposed materials by February 24, 2026. (ECF No. 163 .) Since then, the Court has granted Defendant's motion to suppress evidence and Defendant has filed a motion for release from custody. On or before **March 3, 2026**, the Government shall file a status report regarding its intended next steps. That report shall also include the Government's position on the upcoming April 2026 trial and Defendant's bail status. Signed by Judge Vernon D. Oliver on 2/28/2026. (Dao, J) (Entered: 02/28/2026) |
| 03/03/2026 | 169 | STATUS REPORT by USA as to Bennie Gray (Guevremont, Nathan) (Entered: 03/03/2026) |
| 03/05/2026 | 170 | Minute Entry for proceedings held before Judge Robert A. Richardson: granting 165 Motion for Release from Custody as to Bennie Gray (1); Bond Hearing as to Bennie Gray held on 3/5/2026; Motion Hearing as to Bennie Gray held on 3/5/2026 filed by |

| | | |
|---|---|---|
| | | Bennie Gray. 20 minutes(Court Reporter Courtsmart.) (Mayer, R) (Entered: 03/05/2026) |
| 03/05/2026 | <u>171</u> | SEALED BAIL INFORMATION SHEET by Bennie Gray (Mayer, R) (Entered: 03/05/2026) |
| 03/05/2026 | <u>172</u> | Appearance Bond Entered as to Bennie Gray in amount of $ 10,000.00, (Mayer, R) (Entered: 03/05/2026) |
| 03/05/2026 | <u>173</u> | ORDER Setting Conditions of Release as to Bennie Gray<br>Signed by Judge Robert A. Richardson on 3/5/26. (Mayer, R) (Entered: 03/05/2026) |
| 03/09/2026 | 174 | ORDER as to Bennie Gray re <u>169</u> Status Report filed by USA. The pretrial conference set for April 8, 2026 and trial set for April 21, 2026 are **adjourned** *sine die*. Signed by Judge Vernon D. Oliver on 3/9/2026. (Dao, J) (Entered: 03/09/2026) |
| 03/17/2026 | <u>175</u> | NOTICE OF APPEAL (Interlocutory) by USA as to Bennie Gray re <u>164</u> Order on Motion to Suppress,,,, Order on Motion to Amend/Correct,,,, Order on Motion to Dismiss,,,. (Guevremont, Nathan) (Entered: 03/17/2026) |
| 03/17/2026 | 176 | ORDER re <u>175</u> Notice of Appeal, **denying without prejudice** <u>79</u> , <u>154</u> Motions *in limine*. On March 17, 2026, the Government filed a notice of appeal in pursuit of its interlocutory appeal of the Court's Order suppressing evidence at ECF No. <u>164</u> . Accordingly, the Court denies without prejudice Defendant's pending motions *in limine* at ECF Nos. <u>79</u> and <u>154</u> . Defendant may refile those motions if the Court sets another trial date following the conclusion of the appeal.<br><br>Additionally, for purposes of a Speedy Trial Act computation, the Speedy Trial Act excludes from the 70−day calculation any "delay resulting from any interlocutory appeal." 18 U.S.C. § 3161(h)(1)(C). Defendant is therefore **ON NOTICE** that the delay resulting from the filing of the Government's notice of appeal at ECF No. <u>175</u> , beginning on **March 17, 2026** and ending with the filing of the Second Circuit's mandate, is automatically excluded under the Speedy Trial Act.<br><br>Signed by Judge Vernon D. Oliver on 3/17/2026. (Dao, J) (Entered: 03/17/2026) |