### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Gray _____ Docket No.: 26-657 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nathan J. Guevremont

Firm: U.S. Attorney's Office for the District of Connecticut

Address: 157 Church Street, 25th Fl., New Haven, CT 06510

Telephone: 203-821-3700 _____ Fax:

E-mail: nathan.guevremont@usdoj.gov

Appearance for: United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Conor M. Reardon, USAO CT )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on February 17, 2023 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Nathan J. Guevremont

Type or Print Name: Nathan J. Guevremont